SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. Penney Properties, Inc., et al,<br><br>Defendants | Case No. **2:11-cv-01286-JAM-CKD**<br><br>**ORDER RE: STIPULATED DISMISSAL OF DEFENDANT APPLE NORCAL, LLC WITH PREJUDICE**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant Apple Norcal, LLC, is hereby dismissed With Prejudice pursuant to FRCP 41(a)(2). This case is to remain open with remaining Defendants.

Date: 9/16/2011

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01286-JAM-CKD - 1

PDF created with pdfFactory trial version www.pdffactory.com