SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> J.C. Penney Properties, Inc., et al, <br><br> Defendants | Case No. **2:11-cv-01286-JAM-CKD** <br><br> **ORDER RE: STIPULATED DISMISSAL OF J.C. PENNEY PROPERTIES, INC.** <br><br> Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant J.C. Penney Properties, Inc. is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.

Date:   11/10/2011

/s/ John A. Mendez_____
U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-01286-JAM-CKD - 1

PDF created with pdfFactory trial version www.pdffactory.com