SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>                Plaintiff,<br><br>     vs.<br><br>J.C. Penney Properties, Inc.,<br><br>et al,<br><br>                Defendants | ) Case No.**2:11-cv-01286-JAM-CKD**<br>)<br>) **ORDER RE: STIPULATED DISMISSAL**<br>) **OF J.C. PENNEY PROPERTIES, INC.**<br>)<br>) Case to Remain Open with<br>) Remaining Defendants<br>)<br>)<br>)<br>)<br>) |

     IT IS HEREBY ORDERED THAT Defendant J.C. Penney Properties, Inc. is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.


Date:  11/10/2011

                              /s/ John A. Mendez_____
                              U. S. District Court Judge


PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-01286-JAM-CKD - 1

PDF created with pdfFactory trial version www.pdffactory.com